Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Ricardo Curtis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CURTIS,<br><br>            Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK,<br><br>            Defendant. | Case No. 3:14-cv-05568 EDL<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION |

   IT IS HEREBY STIPULATED by and between counsel for plaintiff Ricardo Curtis and counsel for defendant JP Morgan Chase Bank that plaintiff Ricardo Curtis' claims against defendant JP Morgan Chase Bank may be dismissed with prejudice pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii). Each side shall bear its own fees and costs.

DATED:  September 9, 2015         */s/ Nathan R. Jaskowiak*
                                  Nathan R. Jaskowiak
                                  KEESAL, YOUNG & LOGAN

                                  Attorneys for Defendant
                                  JP MORGAN CHASE BANK, N.A.

DATED: September 9, 2015          /s/ *Mark F. Anderson*
                                  Mark F. Anderson
                                  Anderson, Ogilvie & Brewer LLP

                                  Attorney for Plaintiff Ricardo Curtis

**STIP FOR DISMISSAL ENTIRE ACTION – CURTIS V JP MORGAN CHASE BANK, NO. 3:14-CV-05568 EDL**

| | |
|---|---|
| 1 | **FILER ATTESTATION** |
| 2 |     Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attest under penalty of |
| 3 | perjury that concurrence in the filing of this document has been obtained from all of the |
| 4 | signatories. |
| 5 | Dated: September 9, 2015. |
| 6 |                                       /s/ *Mark F. Anderson* |

**STIP FOR DISMISSAL ENTIRE ACTION – CURTIS V JP MORGAN CHASE BANK, NO. 3:14-CV-05568 EDL**